STAPLES v. THE STATE.

FISH, J. 1. Though an indictment for robbery need not charge that the prop⁻ erty alleged to have been forcibly taken from the person of the victim, in fact, belonged to a third person, if it does so charge, it is essential that the State prove the case as laid.

2. Irrespective of other questions presented, a new trial should have been granted because of a fatal variance between the allegata and the probata.

*Judgment reversed.   All the Justices concurring.*

Argued November 18, — Decided December 10, 1901.

Indictment for robbery. ˙Before Judge Butt. Harris superior court.   July 13, 1901.

*J. R. Terrell* and *J. B. Burnside*, for plaintiff in error.
*S. P. Gilbert, solicitor-general*, contra.